**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

MATTHEW P. DEC,                          :   No. 23 WM 2022
                                         :
                 Petitioner              :
                                         :
                                         :
                                         :
            v.                           :
                                         :
                                         :
COMMONWEALTH OF PENNSYLVANIA,            :
DEPARTMENT OF TRANSPORTATION,            :
BUREAU OF DRIVER LICENSING,              :
                                         :
                 Respondent

## ORDER

**PER CURIAM**

     **AND NOW**, this 22nd day of August, 2022, the "Application for Extra Ordinary [sic] Relief in the Form of Supercedeas [sic]" is DENIED.